Re:

JOSEPH WARREN BREON  Case No.: 4-12-06883-JJT
RACHEL DIANE BREON  Chapter 13
    Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**      **MORTGAGE INFORMATION**
Creditor Name:      SELECT PORTFOLIO SERVICING
Court Claim Number:      10
Last Four of Loan Number:      7255
Property Address if applicable:      115 HORSESHOE CIRCLE, PENNSYLVANIA FURNACE, PA 16865

**PART 2:**      **CURE AMOUNT**
TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

a. Allowed prepetition arrearages:      $17,266.70
b. Prepetition arrearages paid by the Trustee:      $17,266.70
c. Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c):      $0.00
d. Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee:      $0.00
e. Allowed postpetition arrearage:      $0.00
f. Postpetition arrearages paid by the Trustee:      $0.00
g. Total b, d, f:      $17,266.10

**PART 3:**      **POST PETITION MORTGAGE PAYMENT**
Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**      **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: February 16, 2018  Respectfully submitted,

s/ Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA**

Re:

    JOSEPH WARREN BREON                          Case No.: 4-12-06883-JJT
    RACHEL DIANE BREON                         Chapter 13
             Debtor(s)

# CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Notice of Final Cure by First Class Mail, unless served electronically, at the below address on February 16, 2018.

JOSEPH WARREN BREON
RACHEL DIANE BREON
115 HORSESHOE CIRCLE
PENNSYLVANIA FURNACE, PA  16865


SELECT PORTFOLIO SERVICING
3217 DECKER LAKE DRIVE
W. VALLEY CITY, UT,  84119-3284


DONALD M. HAHN, ESQUIRE
122 EAST HIGH STREET
P.O. BOX 209
BELLEFONTE PA,  16823-


Date: February 16, 2018                     s/   Donna Schott
                                                    Charles J. DeHart, III, Trustee
                                                    Standing Chapter 13 Trustee
                                                    Suite A, 8125 Adams Drive
                                                    Hummelstown, PA  17036
                                                    Phone:  (717) 566-6097
                                                    Fax:  (717) 566-8313
                                                    eMail:  dehartstaff@pamd13trustee.com