IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
: No. 4-12-06883
JOSEPH WARREN BREON and RACHEL :
DIANE BREON, :
: Chapter 13
Debtors :

### DEBTORS' CERTIFICATION REGARDING
### DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part 1. Certification Regarding Domestic Support Obligations.*

Pursuant to Section 1328(a) of the U.S. Bankruptcy Code, I certify that either:

__x__ I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then; or

_____ I am or have been required to pay a domestic support obligation; I have paid all such amounts that my Chapter 13 Plan required me to pay; and I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part 1I. If you checked the second box, you must provide the information below.*

My current address is: _not applicable _____.

My current employer and his/her/its address is: _not applicable _____
_____.

*Part 1II. Certification Regarding Section 522(q).*

Pursuant to Section 1328(h) of the U.S. Bankruptcy Code, I certify that either:

__x__ I have not claimed an exemption in property pursuant to Section 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in Section 522(p)(1), and (2) that exceeds $136,875 in value in the aggregate.

_____ I have claimed an exemption in property pursuant to Section 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in Section 522(p)(1), and (2) that exceeds $136,875 in value in the aggregate.

*Part 1V. Debtor's signature.*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Dated:_2/12/18____                     _/s/ Joseph W. Breon_____

Dated:_2-12-18____                     _/s/ Rachel D. Breon_____