```
                                     United States Bankruptcy Court
                                     Middle District of Pennsylvania
In re:                                                                      Case No. 12-06883-JJT
Joseph Warren Breon                                                         Chapter 13
Rachel Diane Breon
         Debtors
                                       CERTIFICATE OF NOTICE
District/off: 0314-4           User: CGambini              Page 1 of 2              Date Rcvd: Feb 26, 2018
                               Form ID: 3180W              Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2018.
db/jdb       +Joseph Warren Breon,    Rachel Diane Breon,    115 Horseshoe Circle,
               Pennsylvania Furnace, PA 16865-9550
cr           +U.S. Bank N.A. as trustee, on behalf of the holder,    Stern & Eisenberg, PC,    1581 Main Street,
               Suite 200,   Warrington, PA 18976-3400
4223675      +21ST CENTURY INSURANCE,    3 BEAVER VALLEY RD,    WILMINGTON, DE 19803-1125
4223676      +CENTRE DIAGNOSTIC IM,    2790 WEST COLLEGE AVENUE,    STATE COLLEGE, PA 16801-2600
4223677      +CENTRE LIFELINK EMS,    ATTN: BANKRUPTCY DEPARTMENT,    PO BOX 272,
               STATE COLLEGE, PA 16804-0272
4223678      +CENTRE MEDICAL & SURGICAL ASSC,    1850 E PARK AVENUE,    SUITE 201,
               STATE COLLEGE, PA 16803-6704
4223685       CENTRE MEDICAL & SURGICAL ASSC,    PO Box 6005,   HERMITAGE, PA 16148-1005
4223680     ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2239
             (address filed with court: CITIFINANCIAL,     300 SAINT PAUL PL,    BALTIMORE, MD   21202)
4223681      +DAVID ENGLEHART, DMD,    220 REGENT COURT,    SUITE D,   STATE COLLEGE, PA 16801-7969
4223682      +FED LOAN SERV,   PO BOX 69184,    HARRISBURG, PA 17106-9184
4223684      +INGRAM FUELS, INC.,    PO BOX 185,   LAMAR, PA 16848-0185
4346855      +J.P. Morgan Mortgage Acquisition Trust,     Serviced by Select Portfolio Servicing,,
               3815 South West Temple,    Salt Lake City, UT 84115-4412
4346856      +J.P. Morgan Mortgage Acquisition Trust,     Serviced by Select Portfolio Servicing,,
               3815 South West Temple,    Salt Lake City, UT 84115-4412,
               J.P. Morgan Mortgage Acquisition Trust,    Serviced by Select Portfolio Servicing,
4223687      +NITTANY MEDICAL CENTRE,    ATTN: BANKRUPTCY DEPARTMENT,    1800 EAST PARK AVENUE,
               STATE COLLEGE, PA 16803-6797
4292181      +U. S. Bank National Association, et al.,     Chase Records Center,
               Attention: Correspondence Mail,    Mail Code: LA4-5555,    700 Kansas Lane,
               Monroe, LA 71203-4774

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +EDI: PRA.COM Feb 26 2018 19:13:00     PRA Receivables Management, LLC,    POB 41067,
               Norfolk, VA 23541-1067
4253009       EDI: AIS.COM Feb 26 2018 19:13:00     American InfoSource LP as agent for,    Verizon,
               PO Box 248838,    Oklahoma City, OK   73124-8838
4260473       EDI: ECMC.COM Feb 26 2018 19:13:00     ECMC,   PO Box 16408,    St Paul, MN   55116-0408
4223683       EDI: RMSC.COM Feb 26 2018 19:13:00     GEMB/SAMS CLUB,    PO BOX 965004,
               ORLANDO, FL 32896-5004
4286249       EDI: RESURGENT.COM Feb 26 2018 19:13:00      LVNV Funding, LLC its successors and assigns as,
               assignee of CitiFinancial, Inc.,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
4223686      +E-mail/Text: Bankruptcies@nragroup.com Feb 26 2018 19:25:16      NATIONAL RECOVERY AGEN,
               2491 PAXTON ST,    HARRISBURG, PA 17111-1036
4223688       E-mail/Text: bankruptcynotices@psecu.com Feb 26 2018 19:25:06       P S E C U,   PO BOX 67013,
               HARRISBURG, PA   17106-7013
4284509       EDI: PRA.COM Feb 26 2018 19:13:00     Portfolio Recovery Associates, LLC,    POB 12914,
               Norfolk VA 23541
4544477       EDI: PRA.COM Feb 26 2018 19:13:00     Portfolio Recovery Associates, LLC,    POB 41067,
               Norfolk, VA 23541
4544478       EDI: PRA.COM Feb 26 2018 19:13:00     Portfolio Recovery Associates, LLC,    POB 41067,
               Norfolk, VA 23541,    Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
4223690      +EDI: DRIV.COM Feb 26 2018 19:13:00     SANTANDER CONSUMER USA,    PO BOX 961245,
               FT WORTH, TX 76161-0244
4233928      +EDI: DRIV.COM Feb 26 2018 19:13:00     Santander Consumer USA,    P.O. BOX 560284,
               Dallas, TX 75356-0284
4223691      +EDI: VERIZONEAST.COM Feb 26 2018 19:13:00      VERIZON PENNSYLVANIA I,    500 TECHNOLOGY DR,
               SAINT CHARLES, MO 63304-2225
4223692      +EDI: VERIZONWIRE.COM Feb 26 2018 19:13:00      VERIZON WIRELESS/GREAT,
               1515 WOODFIELD RD STE140,    SCHAUMBURG, IL 60173-6046
4223693      +EDI: WFFC.COM Feb 26 2018 19:13:00     WFDS/WDS,   PO BOX 1697,    WINTERVILLE, NC 28590-1697
4223694      +EDI: WFFC.COM Feb 26 2018 19:13:00     WFF CARDS,    3201 N 4TH AVE,
               SIOUX FALLS, SD 57104-0700
4273478       EDI: WFFC.COM Feb 26 2018 19:13:00     Wells Fargo Bank NA,    PO Box 10438,
               Des Moines IA    50306-0438
4235401       EDI: WFFC.COM Feb 26 2018 19:13:00     Wells Fargo Bank, N.A.,
               dba Wells Fargo Dealer Services,    P.O. Box 19657,    Irvine, CA 92623-9657
                                                                                               TOTAL: 18

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Santander Consumer USA Inc.
4287398         Santander Consumer USA Inc.,    per entry 63 address is removed
```

```
cr*            ECMC,   P. O. Box 16408,   St. Paul, MN 55116-0408
4314837*       +Santander Consumer USA,   P.O. BOX 560284,   Dallas, TX 75356-0284
cr             ##+Select Portfolio Servicing, Inc,   3815 South West Temple,   Salt Lake City, UT 84115-4412
4223679        ##+CHASE,   10790 RANCHO BERNARDO RD,   SAN DIEGO, CA 92127-5705
4223689        ##+ROI SERVICES, INC.,   PO BOX 39,   ZEBULON, NC 27597-0039
                                                                           TOTALS: 2, * 2, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2018 at the address(es) listed below:

```
              Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              Donald M Hahn    on behalf of Debtor 1 Joseph Warren Breon dhahn@nittanylaw.com
              Donald M Hahn    on behalf of Debtor 2 Rachel Diane Breon dhahn@nittanylaw.com
              James  Warmbrodt    on behalf of Creditor   U.S. Bank N.A. as trustee, on behalf of the holders of
               the J.P. Morgan Mortgage Acquisition Trust 2006-CH1 Asset Backed Pass-Through Certificates,
               Series 2006-CH1 bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor   U.S. Bank N.A. as trustee, on behalf of the holders of
               the J.P. Morgan Mortgage Acquisition Trust et al. pamb@fedphe.com
              Joseph P Schalk    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR J.P.
               MORGAN MORTGAGE ACQUISITION TRUST 2006-CH1, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES
               2006-CH1 jschalk@barley.com,  sromig@barley.com
              Kimberly A Bonner    on behalf of Creditor   U.S. Bank N.A. as trustee, on behalf of the holders
               of the J.P. Morgan Mortgage Acquisition Trust 2006-CH1 Asset Backed Pass-Through Certificates,
               Series 2006-CH1 amps@manleydeas.com
              Matthew Christian Waldt    on behalf of Creditor    U.S. Bank N.A. as trustee, on behalf of the
               holders of the J.P. Morgan Mortgage Acquisition Trust 2006-CH1 Asset Backed Pass-Through
               Certificates, Series 2006-CH1 mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
              Matthew Christian Waldt    on behalf of Creditor    Select Portfolio Servicing Inc. as servicing
               agent for U.S. Bank N.A. as trustee, on behalf of the holders of the J.P. Morgan Mortgage
               Acquisition Trust 2006-CH1 Asset Backed Pass-Through Certificates mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Raquel Anne Ross    on behalf of Plaintiff Rachel Diane Breon raquelrosslaw@gmail.com
              Raquel Anne Ross    on behalf of Debtor 2 Rachel Diane Breon raquelrosslaw@gmail.com
              Raquel Anne Ross    on behalf of Debtor 1 Joseph Warren Breon raquelrosslaw@gmail.com
              Raquel Anne Ross    on behalf of Plaintiff Joseph Warren Breon raquelrosslaw@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William Edward Miller    on behalf of Creditor    U.S. Bank N.A. as trustee, on behalf of the
               holders of the J.P. Morgan Mortgage Acquisition Trust wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                             TOTAL: 15
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Joseph Warren Breon** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–9352 <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Rachel Diane Breon** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–5214 <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Middle District of Pennsylvania** | | |
| Case number:  **4:12–bk–06883–JJT** | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Joseph Warren Breon                                       Rachel Diane Breon

**By the court:**

February 26, 2018

Honorable John J. Thomas
United States Bankruptcy Judge

By: CGambini, Deputy Clerk

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**