```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                                Case No. 12-06883-JJT
Joseph Warren Breon                                                   Chapter 13
Rachel Diane Breon
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-4          User: CGambini              Page 1 of 1         Date Rcvd: May 14, 2018
                              Form ID: fnldec             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2018.
db/jdb         +Joseph Warren Breon,   Rachel Diane Breon,   115 Horseshoe Circle,
                 Pennsylvania Furnace, PA 16865-9550

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Donald M Hahn    on behalf of Debtor 1 Joseph Warren Breon dhahn@nittanylaw.com
              Donald M Hahn    on behalf of Debtor 2 Rachel Diane Breon dhahn@nittanylaw.com
              James  Warmbrodt    on behalf of Creditor   U.S. Bank N.A. as trustee, on behalf of the holders of
               the J.P. Morgan Mortgage Acquisition Trust 2006-CH1 Asset Backed Pass-Through Certificates,
               Series 2006-CH1 bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor    U.S. Bank N.A. as trustee, on behalf of the holders of
               the J.P. Morgan Mortgage Acquisition Trust 2006-CH1 Asset Backed Pass-Through Certificates,
               Series 2006-CH1 pamb@fedphe.com
              Jerome B Blank    on behalf of Creditor    U.S. Bank N.A. as trustee, on behalf of the holders of
               the J.P. Morgan Mortgage Acquisition Trust et al. pamb@fedphe.com
              Joseph P Schalk    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR J.P.
               MORGAN MORTGAGE ACQUISITION TRUST 2006-CH1, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES
               2006-CH1 jschalk@barley.com, sromig@barley.com
              Kimberly A Bonner    on behalf of Creditor    U.S. Bank N.A. as trustee, on behalf of the holders
               of the J.P. Morgan Mortgage Acquisition Trust 2006-CH1 Asset Backed Pass-Through Certificates,
               Series 2006-CH1 amps@manleydeas.com
              Matthew Christian Waldt    on behalf of Creditor    Select Portfolio Servicing Inc. as servicing
               agent for U.S. Bank N.A. as trustee, on behalf of the holders of the J.P. Morgan Mortgage
               Acquisition Trust 2006-CH1 Asset Backed Pass-Through Certificates mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Matthew Christian Waldt    on behalf of Creditor    U.S. Bank N.A. as trustee, on behalf of the
               holders of the J.P. Morgan Mortgage Acquisition Trust 2006-CH1 Asset Backed Pass-Through
               Certificates, Series 2006-CH1 mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
              Raquel Anne Ross    on behalf of Debtor 2 Rachel Diane Breon raquelrosslaw@gmail.com
              Raquel Anne Ross    on behalf of Debtor 1 Joseph Warren Breon raquelrosslaw@gmail.com
              Raquel Anne Ross    on behalf of Plaintiff Joseph Warren Breon raquelrosslaw@gmail.com
              Raquel Anne Ross    on behalf of Plaintiff Rachel Diane Breon raquelrosslaw@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William Edward Miller    on behalf of Creditor   U.S. Bank N.A. as trustee, on behalf of the
               holders of the J.P. Morgan Mortgage Acquisition Trust wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                              TOTAL: 16

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Joseph Warren Breon<br>115 Horseshoe Circle<br>Pennsylvania Furnace, PA 16865 | Chapter 13<br>Case No. 4:12−bk−06883−JJT |
| Rachel Diane Breon<br>115 Horseshoe Circle<br>Pennsylvania Furnace, PA 16865 | |

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−9352
xxx−xx−5214

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: May 14, 2018

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: CGambini, Deputy Clerk